```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  CARLOS RAMOS

 8

 9
                  IN THE UNITED STATES DISTRICT COURT
10
                FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,     )  No. CR-S-08-238 LKK
14                                )
              Plaintiff,          )
15                                )  ORDER
         v.                       )
16                                )
    CARLOS RAMOS,                 )  Date:  August 26, 2008
17                                )  Time:  9:30 a.m.
              Defendant.          )  Judge: Hon. Lawrence K. Karlton
18                                )
    _____ )
19
```

20      This matter came on for Status Conference on July 22, 2008, in
21 the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.
22 Assistant United States Attorney Ben Wagner appeared on behalf of the
23 United States of America.  Assistant Federal Defender Caro Marks
24 appeared on behalf of Defendant Carlos Ramos, who was present in court
25 and out of custody.
26      Counsel indicated the defense had recently received discovery.
27 Defense counsel indicated she needed additional time to order records
28 pertaining to Mr. Ramos' criminal history and requested the court set

the matter for further status conference on August 26, 2008. The government concurred.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from July 8, 2008, up to and including August 26, 2008.

**Good cause appearing therefor**,

IT IS ORDERED that this matter is continued to August 26, 2008, at 9:30 a.m..

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from July 22, 2008, up to and including August 26, 2008, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of defense counsel.

Dated: July 25, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Proposed order Re: Ramos (08-238) -2-