```
DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CARLOS RAMOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0238 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| CARLOS RAMOS, ) | Date: September 30, 2008 |
| ) | Time: 9:30 A.M. |
| ) | |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| ) | |

It is hereby stipulated between the parties, Benjamin Wagner, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant CARLOS RAMOS as follows:

The Status Conference currently set for August 26, 2008, should be continued until September 30, 2008. The reason for the continuance is to allow defense counsel to gather mental health records pertaining to the defendant, and to assess the need for having the defendant evaluated by a forensic psychiatrist or psychologist.

Therefore, the parties agree that an exclusion of speedy trial time is also appropriate under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

1  Therefore, IT IS STIPULATED that the period from the signing of
2  this Order up to and including September 30, 2008 be excluded in
3  computing the time within which trial must commence under the Speedy
4  Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) and (h)(1)(3)(A)
5  (Local Code T4), for ongoing preparation of counsel.
6  Dated: August 25, 2008

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        CARLOS RAMOS


                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Benjamin Wagner
Dated: August 25, 2008
                                        _____
                                        BENJAMIN WAGNER
                                        Assistant U.S. Attorney


                                **ORDER**

**IT IS SO ORDERED**.

DATED: August 25, 2008.


                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

2