```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  CARLOS RAMOS

 7

 8                    IN THE UNITED STATES DISTRICT COURT

 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. CR-S-08-0238 LKK
                                   )
12             Plaintiff,          )
                                   )  STIPULATION AND ORDER
13      v.                         )
                                   )
14  CARLOS RAMOS,                  )  Date: October 28, 2008
                                   )  Time: 9:15 A.M.
15                                 )
               Defendant.          )  Judge: Hon. Lawrence K. Karlton
16                                 )
    _____
17
          It is hereby stipulated between the parties, Benjamin Wagner,
18
    Assistant United States Attorney, attorney for Plaintiff, and Caro
19
    Marks, attorney for defendant CARLOS RAMOS as follows:
20
          The Status Conference currently set for September 30, 2008, should
21
    be continued until October 28, 2008. The reason for the continuance is
22
    to allow defense counsel to gather mental health records pertaining to
23
    the defendant, and to assess the need for having the defendant
24
    evaluated by a forensic psychiatrist or psychologist.
25
          Therefore, the parties agree that an exclusion of speedy trial
26
    time is also appropriate under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local
27
    Code T4, for ongoing preparation of counsel.
28
```

    Therefore, IT IS STIPULATED that the period from the signing of this Order up to and including October 28, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) and (h)(1)(3)(A) (Local Code T4), for ongoing preparation of counsel.

Dated: September 29, 2008

                                      Respectfully submitted,

                                      DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
CARLOS RAMOS


MCGREGOR W. SCOTT
United States Attorney

/s/ Benjamin Wagner

Dated: September 29, 2008
_____
BENJAMIN WAGNER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: September 29, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT