```
1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5
   Attorney for Defendant
6  CARLOS RAMOS

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. CR-S-08-0238 LKK
                                  )
12              Plaintiff,        )
                                  ) STIPULATION AND ORDER
13      v.                        )
                                  )
14 CARLOS RAMOS,                  ) Date: December 1, 2008
                                  ) Time: 1:30 P.M.
15                                )
                Defendant.        ) Judge: Hon. Lawrence K. Karlton
16                                )
   _____
17
        It is hereby stipulated between the parties, Benjamin Wagner,
18
   Assistant United States Attorney, attorney for Plaintiff, and Caro
19
   Marks, attorney for defendant CARLOS RAMOS as follows:
20
        The Status Conference currently set for October 28, 2008, should
21
   be continued until December 1, 2008. The reason for the continuance is
22
   to allow defense counsel to have the defendant evaluated by a forensic
23
   psychiatrist or psychologist.  Additionally it will allow Ms. Marks
24
   time to recover from her injuries.
25
        Therefore, the parties agree that an exclusion of speedy trial
26
   time is also appropriate under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local
27
   Code T4, for ongoing preparation of counsel.
28
```

1       Therefore, IT IS STIPULATED that the period from the signing of
2  this Order up to and including December 1, 2008 be excluded in
3  computing the time within which trial must commence under the Speedy
4  Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) and (h)(1)(3)(A)
5  (Local Code T4), for ongoing preparation of counsel.
6  Dated: October 22, 2008

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        CARLOS RAMOS


                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Benjamin Wagner
Dated: October 22, 2008
                                        _____
                                        BENJAMIN WAGNER
                                        Assistant U.S. Attorney


                                **ORDER**

**IT IS SO ORDERED.**

DATED: October 23, 2008


                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

2