DANIEL BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-08-0238 LKK |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| CARLOS RAMOS, | ) Date: January 21, 2009 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Benjamin Wagner, Assistant United States Attorney, attorney for Plaintiff, and Dennis S. Waks, Supervising Assistant Federal Defender for defendant CARLOS RAMOS as follows:

The Status Conference currently set for December 1, 2008, should be continued until January 21, 2009.  The reason for the continuance is to allow defense counsel to review discovery and to have the defendant evaluated by a forensic psychiatrist or psychologist.  Additionally it will allow defense attorney Ms. Caro Marks time to recover from her recent injuries.

The parties agree that an exclusion of speedy trial time is also

1 appropriate under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
2 ongoing preparation of counsel.
3     Therefore, IT IS STIPULATED that the period from the signing of
4 this Order up to and including January 21, 2009 be excluded in
5 computing the time within which trial must commence under the Speedy
6 Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (Local Code T4),
7 for ongoing preparation of counsel.
8 Dated: November 24, 2008

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal
Defender
Attorney for Defendant
CARLOS RAMOS

MCGREGOR W. SCOTT
United States Attorney

Dated: November 24, 2008

/s/ Benjamin Wagner
_____
BENJAMIN WAGNER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: November 24, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2