DANIEL BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0238 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| CARLOS RAMOS, ) | Date: February 10, 2009 |
| ) | Time: 9:15 a.m. |
| ) | |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| ) | |

This matter came on for Status Conference on January 21, 2009, in the courtroom of the Honorable Lawrence K. Karlton. Assistant United States Attorney Ben Wagner appeared on behalf of the United States of America. Supervising Assistant Federal Defender Dennis Waks, appeared on behalf of Defendant Carlos Ramos, who was present in court and out of custody.

The parties indicated to the court that they were working on a disposition and needed more time to complete it. Furthermore, the defendant needed additional time to review discovery.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18

1  U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of
2  counsel, from January 21, 2009, up to and including February 10, 2009.
3
4      **Good cause appearing therefor**,
5      IT IS ORDERED that this matter is continued to February 10, 2009,
6  at 9:15 a.m..
7      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
8  (iv) and Local Code T4, the period from January 21, 2009, up to and
9  including February 10, 2009, is excluded from the time computations
10 required by the Speedy Trial Act due to ongoing preparation of defense
11 counsel.
12 Dated: February 2, 2009
13                                    _____
                                      LAWRENCE K. KARLTON
14                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT