DANIEL BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CARLOS RAMOS,<br><br>　　　　　Defendant. | No. CR-S-08-0238 LKK<br><br>STIPULATION AND ORDER<br><br>Date: **March 17, 2009**<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

　　　It is hereby stipulated between the parties, Benjamin Wagner, Assistant United States Attorney, attorney for Plaintiff, and Dennis S. Waks, Supervising Assistant Federal Defender for defendant CARLOS RAMOS as follows:

　　　The Status Conference currently set for February 10, 2009, should be continued until March 17, 2009.  The reason for the continuance is to allow defense counsel to further review discovery.  Additionally, the parties anticipate resolving this case by prosecution deferred by mutual agreement.

　　　The parties agree that an exclusion of speedy trial time is appropriate under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for

1  ongoing preparation of counsel.

2       Therefore, IT IS STIPULATED that the period from the signing of
3  this Order up to and including March 17, 2009 be excluded in computing
4  the time within which trial must commence under the Speedy Trial Act,
5  pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (Local Code T4), for ongoing
6  preparation of counsel.

7  Dated: February 4, 2009

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
CARLOS RAMOS

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Benjamin Wagner

Dated: February 4, 2009
_____
BENJAMIN WAGNER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: February 5, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT