

MAR 1 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORN
BY [signature]
DEPUTY CLERK

**EASTERN DISTRICT OF CALIFORNIA**

**DEFERRED PROSECUTION OF AN ADULT OFFENDER**

United States of America, File No: 2:08-CR-0238-LKK

vs. Address:

Carlos Ramos

Phone No: 707-678-0289

**AGREEMENT FOR DEFERRED PROSECUTION**

You have been charged with having committed an offense against the United States between on or about October 3, 2007, a violation of Title 18, United States Code, Section 1038 (a)(1), Hoax Threat and with violation of Title 18, United States Code, Section 844 (e), Bomb Threat . Upon accepting responsibility for your behavior and by your signature on this Agreement, it appearing, after an investigation of the offense, and your background, that the interest of the United States and your own interest and the interest of justice will be serviced by the following procedure; therefore,

On the authority of the Attorney General of the United States, by Benjamin B. Wagner, Assistant U.S. Attorney for the Eastern District of California, prosecution in this district for this offense shall be deferred for 18 months, provided you abide by the following conditions and the requirements of this agreement set out below.

Should you violate the conditions of this Agreement, the assistant U.S. attorney may revoke or modify any conditions of this Pretrial Services Diversion program or change the period of supervision, which shall in no case exceed six months. The assistant U.S. attorney may release you from supervision at any time. The assistant U.S. attorney may at any time within the period of your supervision initiate prosecution for this offense should you violate the conditions of this Agreement. In this case, he will furnish you with notice specifying the conditions of the Agreement which you have violated.

After successfully completing your diversion program and fulfilling all the terms and conditions of the Agreement, no prosecution for the offense set out in this Agreement will be instituted in this district, and the charges against you, if any, will be dismissed.

Neither this Agreement nor any other document filed with the assistant U.S. attorney as a result of your participation in the Pretrial Diversion program will be used against you, except for impeachment purposes, in connection with any prosecution for the above-described offense.

## GENERAL CONDITIONS FOR PRETRIAL DIVERSION

1. You shall not violate any law (federal, state, and local). You shall immediately contact your Pretrial Services supervisor if arrested and/or questioned by any law enforcement officer;

2. You shall continue to live in this Judicial District. If you intend to move out of this district, you shall inform your Pretrial Services officer so that the appropriate transfer or program responsibility can be made;

3. You shall report to your Pretrial Services officer as directed and keep him/her informed of your whereabouts;

4. You shall follow the program and comply with the conditions set forth.

## SPECIAL CONDITIONS

1. You shall participate in a program of medical or psychiatric treatment, as approved by the Pretrial Services officer; and,

2. You shall seek and/or maintain employment and provide proof of same as requested by your Pretrial Services officer.

I assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an Indictment, Information, or Complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an Information or in bringing a defendant to trial. I hereby request the assistant U.S. attorney for the Eastern District of California to defer such prosecution. I agree and consent that any delay from the date of this Agreement to the date of initiation or prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request and shall be excludable time pursuant to the Speedy Trial Act (18 U.S.C. §3161). In addition, I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure, the Speedy Trial Act, or the Sixth Amendment to the Constitution of the United States, to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of months equal to the period of this Agreement.

Carlos Ramos
SIGNATURE OF DIVERTEE — DATE: 3-4-09

Dennis S. Waks
ATTORNEY — DATE: 3/4/09

Benjamin B. Wagner
ASSISTANT U. S. ATTORNEY — DATE: 3/9/09

Beth A. Baker
PRETRIAL SERVICES OFFICER — DATE: 3-11-09

U. S. DISTRICT JUDGE — DATE: 3/4/09

**To be approved by the Court if some form of charging document has been filed or if the Divertee has been arrested.*