```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  Dennis S. Waks, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CARLOS RAMOS
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       ) No. CR-S-08-0238 LKK
                                    )
12              Plaintiff,          )
                                    ) STIPULATION AND ORDER
13      v.                          )
                                    )
14  CARLOS RAMOS,                   ) Date: January 12, 2010
                                    ) Time: 9:15 a.m.
15              Defendant.          ) Judge: Hon. Lawrence K. Karlton
                                    )
16  _____ )
```

It is hereby stipulated between the parties, Benjamin Wagner, Assistant United States Attorney, attorney for Plaintiff, and Dennis S. Waks, Supervising Assistant Federal Defender for defendant CARLOS RAMOS as follows:

The Status Conference currently set for March 17, 2009, should be continued until January 12, 2010. The reason for the continuance is that the defendant will be on a Pretrial Services Diversion program until September 10, 2010. After successfully completing the diversion program and fulfilling all the terms and conditions of the agreement, the government will move to dismiss the Indictment. The Agreement for Deferred Prosecution has been filed in Court.

The parties agree that an exclusion of speedy trial time is

appropriate under 18 U.S.C. § 3161(h)(2) and Local Code I, for prosecution deferred by mutual agreement.

    Therefore, IT IS STIPULATED that the period from the signing of this Order up to and including January 12, 2010 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(2) (Local Code I), for prosecution deferred by mutual agreement.

Dated: March 16, 2009

                                             Respectfully submitted,

                                             DANIEL BRODERICK
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
CARLOS RAMOS

Dated: March 16, 2009          LAWRENCE G. BROWN
Acting United States Attorney

/s/ Benjamin Wagner
_____
BENJAMIN WAGNER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: March 16, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT