```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  Dennis S. Waks, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CARLOS RAMOS
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-08-0238 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE [FOR PRETRIAL DIVERSION] |
| CARLOS RAMOS, | |
| Defendant. | |
| _____ | Judge: Hon. Lawrence K. Karlton |

CARLOS RAMOS, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, the United States Government, by and through its counsel, BENJAMIN WAGNER, Assistant United States Attorney, and BETH BAKER, United States Pretrial Service Officer, hereby agree to modify the defendant's conditions of release as follows:

Item number 1 listed in the attached Special Conditions of Release will now state:

1. You shall participate in a program of medical or psychiatric treatment, as approved by the Pretrial Services Officer; additionally, you shall be evaluated by a private or county mental health psychiatrist and take all medications

1

prescribed by a licensed medical practitioner as directed and provide proof of such.

Special condition number two (the employment condition) shall be removed at this time due to the defendant's mental health issues.

You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control.

The Court shall order Pretrial Services to release the initial psychiatric evaluation to defense counsel once it is completed.

Accordingly, all parties and Mr. Ramos agree with the above modifications.

DATED: May 20, 2009

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /S/ Dennis S. Waks
                                        _____
                                        DENNIS S. WAKS, Supervising
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        CARLOS RAMOS

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

DATE: May 20, 2009
                                        /S/ Dennis S. Waks for
                                        _____
                                        BENJAMIN WAGNER
                                        Assistant United States Attorney

**SO ORDERED.**

Dated: May 26, 2009

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT