1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5
   Attorney for Defendant
6  CARLOS RAMOS

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       ) No. CR-S-08-0238 LKK
                                   )
12          Plaintiff,             )
                                   ) STIPULATION AND ORDER
13   v.                            )
                                   )
14 CARLOS RAMOS,                   ) Date: August 31, 2010
                                   ) Time: 9:15 a.m.
15                                 ) Judge: Hon. Lawrence K. Karlton
            Defendant.             )
16                                 )
   _____

17      It is hereby stipulated between the parties, Benjamin B. Wagner,
18 United States Attorney, attorney for Plaintiff, and Dennis S. Waks,
19 Supervising Assistant Federal Defender for defendant CARLOS RAMOS as
20 follows:
21      The Status Conference currently set for January 12, 2010, should
22 be continued until August 31, 2010.  The reason for the continuance is
23 that the defendant will be in the Pretrial Services Diversion program
24 until September 10, 2010.  Mr. Ramos is being supervised by Pretrial
25 Services Officer, Beth Baker.  Ms. Baker  has no objection to this
26 continuance; she has advised counsel for the defendant that Mr. Ramos
27 is "following all conditions" of his diversion program.
28

1  The parties agree that an exclusion of speedy trial time is
2  appropriate under 18 U.S.C. § 3161(h)(2) and Local Code I, for
3  prosecution deferred by mutual agreement.
4  Therefore, IT IS STIPULATED that the period from the signing of
5  this Order up to and including August 31, 2010, be excluded in
6  computing the time within which trial must commence under the Speedy
7  Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(2) (Local Code I), for
8  prosecution deferred by mutual agreement.

Dated: January 8, 2010

                                     Respectfully submitted,

                                     DANIEL BRODERICK
                                     Federal Defender

                                     /s/ Dennis S. Waks
                                     _____
                                     DENNIS S. WAKS
                                     Supervising Assistant Federal
                                     Defender
                                     Attorney for Defendant
                                     CARLOS RAMOS

                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Benjamin B. Wagner

Dated: January 8, 2010
                                     _____
                                     BENJAMIN B. WAGNER
                                     U.S. Attorney

                                  **ORDER**

**IT IS SO ORDERED.**

DATED: January 11, 2010

                                   _____
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT